# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Gayle Greenwood and Dominique Morrison, individually and on behalf of all others similarly situated, )
      *Plaintiff(s)* )
v. ) Case Number: 3:17-cv-00464-SMY-RJD
Amplify Snack Brands, Inc. )
      *Defendant(s)* )

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Amplify Snack Brands, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California. The state and federal bar numbers issued to me are: 291912.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jun 6, 2017
Date

*(signature)*
Signature of Movant

220 Sansome Street, 2nd Floor
Street Address

Amit Rana
Printed Name

San Francisco, CA 94104
City, State, Zip