# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GAYLE GREENWOOD and DOMINIQUE MORRISON, individually and on behalf of all others similarly-situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMPLIFY SNACK BRANDS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:17-cv-00464-SMY-RJD |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiffs Gayle Greenwood and Dominique Morrison and Defendant Amplify Snack Brands, Inc., by and through their undersigned counsel hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as to the claims of Plaintiffs and without prejudice as to the claims of putative class members;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: June 21, 2018            Stipulated and respectfully submitted,

/s/ Matthew H. Armstrong
Matthew H. Armstrong (ARDC 6226591)
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel: 314-258-0212

Email: matt@mattarmstronglaw.com

Stuart L. Cochran
Texas State Bar No. 24027936
STECKLER GRESHAM COCHRAN PLLC
12720 Hillcrest Rd., Ste. 1045
Dallas, TX 75230
Tel:    (972) 387-4040
Email: stuart@stecklerlaw.com

*Attorneys for Plaintiffs*


/s/ Matthew Borden (with consent)
Matthew Borden
BraunHagey & Borden LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Tel: (415) 599-0212
Email: borden@braunhageycom

*Attorneys for Defendant Amplify Snack Brands, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

/s/ Matthew H. Armstrong